IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

JOSEPH BRINKMANN, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees,

Plaintiff,

vs.

ABM ONSITE SERVICES - WEST, INC., a Delaware corporation,

Defendant.

Case No. 17CV06683

SUMMONS

NOTICE TO DEFENDANT:
READ THESE PAPERS
CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

DATED this February 24, 2017

JON M. EGAN, P.C.

Jon M. Egan, OSB #002467
Attorney for Plaintiff

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

2/16/2017 8:29:30 PM
17CV06683

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| JOSEPH BRINKMANN, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>ABM ONSITE SERVICES - WEST, INC., a Delaware corporation,<br><br>Defendant. | Case No.<br><br>COMPLAINT<br><br>Oregon Wage and Hour Claims<br><br>Damages estimated at $999,999.99<br><br>Jury Trial Requested<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>Filing fee of $531 per ORS 21.160(1)(c) |

## INDIVIDUAL AND CLASS ACTION COMPLAINT

1.

Joseph Brinkmann (hereinafter "Plaintiff") complains as follows against ABM Onsite Services - West, Inc., a Delaware corporation (hereinafter "ABM"), both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees.

2.

This is an action under state wage and hour claims for certain present and former employees of ABM to recover unpaid wages, penalty wages, and attorney fees, costs and disbursements (and pre- and post-judgment interest thereon), as well as

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

equitable relief. All allegations herein are made to the best of Plaintiff's and his counsel's good-faith knowledge, information and belief, based upon the evidence adduced to date, and Plaintiff reserves the right to amend the Complaint upon the discovery of additional facts.

**PARTIES**

3.

At all material times, Plaintiff and the Class members were employees of ABM.

4.

Defendant ABM is a Delaware corporation doing business in Multnomah County, Oregon and elsewhere.

**COMMON FACTS**

5.

ABM often issued checks to plaintiff and Class members after the regular payday on which such checks were due. In doing so, ABM failed to pay them the minimum wage on payday, when it was due.

6.

ABM deducted Oregon Workers' Benefit Fund assessments from plaintiff and the Class members' wages for vacation, sick time, and holiday pay hours. These deductions were illegal.

7.

ABM failed to pay plaintiff and the Class members all earned and unpaid wages within the statutory deadline to do so upon termination of their employment (including, but not limited to, pay for accrued vacation hours).

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

**CLASS ACTION ALLEGATIONS**

8.

ABM engaged in acts and practices that violated the Class members' rights under Oregon statutory and common law. This action is brought on behalf of all current and former ABM employees who received a paycheck for work performed in Oregon on or after February 16, 2011.

**Numerosity**

9.

The Class is so numerous that joinder of all members is impractical, consisting of an estimated hundreds of persons.

**Commonality**

10.

There are questions of law and fact common to the Class, which predominate over any issues involving only individual Class members. The principal questions are:

a. What Oregon Workers' Benefit Fund assessment rates ABM withheld from its employees' paychecks, what rates it was supposed to withhold, and whether it had notice of the proper rates;

b. What ABM's payday was, whether its common policies and procedures resulted in paying its employees at least the Oregon minimum wage on payday, whether its common policies and procedures resulted in paying its employees all earned and unpaid wages on payday, and whether such violations were willful;

c. Whether ABM's common policies and procedures resulted in paying its

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

employees all earned and unpaid wages (including but not limited to accrued vacation hours) within the statutory deadline upon termination of their employment, and whether such violations were willful; and

d. What remedies are available for the above-listed violations.

**Typicality**

11.

Plaintiff's claims are typical of those of the other Class members because:

a. Plaintiff is a member of the Class.

b. Plaintiff's claims stem from the same practice or course of conduct that forms the basis for the Class claims.

c. All of the Class members' claims are based on the same facts and legal theories.

d. There is no antagonism between the interests of Plaintiff and the Class members, because their claims are for damages provided to each Class member separately by statute or the common law.

**Adequacy of Representation by Plaintiff**

12.

Plaintiff will fairly and adequately protect the interests of the Classes because:

a. There is no conflict between Plaintiff's claims and those of the other Class members.

b. Plaintiff has retained counsel experienced in handling class actions involving wage and hour law, who will vigorously prosecute this litigation. Plaintiff's counsel has already committed substantial time and resources

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

towards this case and remains willing and able to devote whatever additional future time and resources are necessary to pursue this litigation to completion.

c. Plaintiff's claims are typical of the claims of the Class members in that their claims stem from the same practice and course of conduct that forms the basis of the Class claims.

**Compliance with ORCP 32 H**

13.

Plaintiff has complied with the requirements of ORCP 32 H because his counsel mailed a prelitigation notice and demand to ABM at least 30 days before the commencement of this action.

**Superiority of Class Action**

14.

Class resolution of this case is superior to other available methods for its fair and efficient adjudication, for at least the following reasons:

a. The prosecution of separate actions by the Class members could both result in inconsistent adjudications establishing incompatible pay practices and, as a practical matter, dispose of the legal claims of Class members who are not parties to such separate adjudications or impede their ability to protect their interests.

b. Plaintiff is seeking declaratory and injunctive relief in addition to damages.

c. The common questions of law and fact described above predominate over questions affecting only individual members, and the questions affecting

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

individuals primarily involve only calculations of individual damages.

d. Individual class members would have little interest in controlling the litigation due to the relatively small size of most claims, the relatively unsettled nature of this area of the law, the complexity of the claims, the expense of the litigation, and because the named Plaintiff and his lawyer have already invested significant resources in the case and will continue to vigorously pursue the claims on behalf of the class members.

e. To plaintiff and his counsel's knowledge, no other similar litigation has been commenced, but if commenced, it could be coordinated under ORCP 32 K.

f. This is a desirable forum because ABM does business in this county and many class members reside here.

**FIRST CLAIM FOR RELIEF**

Oregon Minimum Wage Claim

15.

All previous paragraphs are incorporated by reference herein.

16.

Pursuant to ORS 653.025, ABM was required to pay Plaintiff and the Class members at least the amount of the applicable Oregon minimum wage, when those wages were due, but willfully failed to do so.

17.

Plaintiff and the Class members are entitled to collect the difference between their wages received when due and the Oregon minimum wages due in an amount to be

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

proven at trial, together with attorney fees, costs and disbursements, as well as pre- and post-judgment interest and the 30 days of statutory penalty wages provided by ORS 653.055 and 652.150.

**SECOND CLAIM FOR RELIEF**

Oregon Overtime Claim

18.

All previous paragraphs are incorporated by reference herein.

19.

Pursuant to ORS 653.261, ABM was required to pay Plaintiff and the Class members one and one half times their regular rate of pay for all hours worked in excess of 40 in a given workweek, when those wages were due, but willfully failed to do so.

20.

Plaintiff and the Class members are entitled to collect the difference between the wages received when due and the overtime wages due in an amount to be proven at trial, together with attorney fees, costs and disbursements, as well as pre- and post-judgment interest and the 30 days of statutory penalty wages provided by ORS 653.055 and 652.150.

**THIRD CLAIM FOR RELIEF**

Oregon Unpaid Wages Upon Termination Claim

21.

All previous paragraphs are incorporated by reference herein.

///

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

22.

Pursuant to ORS 652.140, ABM was required to pay Plaintiff and the Class members all wages due by the statutory deadline upon termination of their employment but willfully failed to do so.

23.

Plaintiff and the Class members are entitled to collect all wages remaining due, in an amount to be proven at trial together with attorney fees, costs and disbursements, as well as pre- and post-judgment interest, and the 30 days of statutory penalty wages provided by ORS 652.150.

## FOURTH CLAIM FOR RELIEF

Oregon Wrongful Deductions Claim

24.

All previous paragraphs are incorporated by reference herein.

25.

Pursuant to ORS 652.610, ABM was prohibited from deducting certain amounts from the paychecks of Plaintiff and the Class members but willfully did so.

26.

Plaintiff and the Class members are entitled to (for each violation) the greater of $200 or actual damages in an amount to be proven at trial, pursuant to ORS 652.615, together with attorney fees, costs and disbursements, as well as pre- and post-judgment interest.

///

///

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

**FIFTH CLAIM FOR RELIEF**

Oregon Unpaid Wages Claim

27.

All previous paragraphs are incorporated by reference herein.

28.

Pursuant to ORS 652.120, ABM was required to pay Plaintiff and the Class members all wages due, when those wages were due, but willfully failed to do so.

29.

Plaintiff and the Class members are entitled to collect the wages due in an amount to be proven at trial, together with attorney fees, costs and disbursements, as well as pre- and post-judgment interest.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all claims for which it is available.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff requests that the Court certify the Rule 32 class as indicated herein; award him and the other Class members such actual, statutory, penalty, liquidated and other damages as they may be individually entitled to, as set forth by category above and in amounts to be proven at trial; award the attorney fees, costs and expenses of suit of Plaintiff and the other Class members; order ABM to pay pre-judgment and post-judgment interest on all amounts due to Plaintiff and the other Class members as a result of their claims; declare ABM's violations as enumerated herein and enjoin ABM from committing similar violations in future; and order such further or alternative legal and equitable relief as the Court deems

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

appropriate.

DATED this 16th day of February, 2017

JON M. EGAN, P.C.

*s/ Jon M. Egan*

Jon M. Egan, OSB #002467
Attorney for Plaintiff

JON M. EGAN, PC
547 FIFTH STREET
LAKE OSWEGO OR 97034-3009
TELEPHONE: (503) 697-3427 • FAX: (866) 311-5629
INFO@EGANLEGALTEAM.COM

 **Service of Process Transmittal**
02/27/2017
CT Log Number 530768227

**TO:** Cecilia Sanchez
ABM Industries Incorporated
8101 W Sam Houston Pkwy, Ste 150
Houston, TX 77072

**RE:** **Process Served in Oregon**

**FOR:** ABM Onsite Services - West, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOSEPH BRINKMANN, both on behalf of himself individually and, in addition, on behalf of the other similarly situated employees, Pltf. vs. ABM ONSITE SERVICES - WEST, INC., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Reply Envelope, Letter, Summons, Complaint(s), First Request(s), Exhibit(s), Cover Sheet, Order, Attachment(s), Waiver(s) |
| **COURT/AGENCY:** | Multnomah County Circuit Court, OR<br>Case # 17CV06683 |
| **NATURE OF ACTION:** | Employee Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Salem, OR |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 02/27/2017 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Oregon |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Jon M. Egan<br>JON M. EGAN, P.C.<br>547 Fifth Street<br>Lake Oswego, OR 97034-3009<br>(503) 697-3427 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1Z0399EX0114501826<br>Image SOP<br>Email Notification, SOP Group ServiceofProcess@abm.com<br>Email Notification, Tricia Donnell tricia.donnell@abm.com<br>Email Notification, Rich LeBlanc richard.leblanc@abm.com<br>Email Notification, Debora Martin debora.martin@abm.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>388 State St., Suite 420<br>Salem, OR 97301 |
| **TELEPHONE:** | 503-566-6883 |

Page 1 of 1 / AP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.